UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Beatrice E. Weaver, and <br> Gary Weaver, <br><br>                Plaintiffs, <br><br> vs. <br><br> Dillon Department of Social Services; <br> Jackie Rowland; <br> Karen English; <br> Pansy Page McElveen; <br> Dillon Internal Medicine Associates P.A.; <br> James P. Wallace, M.D.; <br> Felicia Gainey; <br> Harriet Shealey; <br> Cottonwood Villa Assisted Living Facility, Inc.; <br> Dillon County Sheriff's Office; <br> Deputy Johnnie May Smith; <br> Deputy Chaddie Hayes; <br> Deputy Linda Maimquist; <br> Dillon County Emergency Medical Services; <br> Florence Visiting Nurses Services, Inc.; <br> John D. McInnis; <br> John Does 1-10, and <br> Doe Partnerships, Corporations and/or other Entities 1-10, <br>                Defendants. | C/A No. 4:14-2698-RBH-KDW <br><br><br><br> ORDER |

       This case was removed from the Dillon County Court of Common Pleas by Defendants Johnnie May Smith, Dillon County Sheriff's Office, Chaddie Hayes, and Linda Maimquist (the "Removing Defendants"). ECF No. 1. The state-court case number was 2014-CP-17-078. As required by 28 U.S.C. § 1446(a), the Removing Defendants filed with the Notice of Removal ("Notice") copies of "all process, pleadings, and orders served upon" them. Notice 3, ECF No. 1. Online records from Dillon County show that the Court of Common Pleas file in 2014-CP-17-

1

00078 also includes documents not submitted by the Removing Defendants, presumably because those documents were not served upon Removing Defendants. *See* http://publicindex.sccourts.org/Dillon/PublicIndex/PIError.aspx?County=17&CourtAgency=17002&Casenum=2014CP1700078&CaseType=V (last visited July 17, 2014).[1]

No later than **July 25, 2014**, the Removing Defendants are to file with the District of South Carolina's Clerk of Court "copies of all records and proceedings" in 2014-CP-17-00078 not previously provided. *See* 28 U.S.C. § 1447 (b) (giving court authority to require removing party to file such records).

IT IS SO ORDERED.

July 17, 2014  
Florence, South Carolina

Kaymani D. West  
United States Magistrate Judge

---

[1] *See In Re Katrina Canal Breaches Consol. Litig.*, 533 F. Supp. 2d 615, 631-33 & nn.14-15 (E.D. La. 2008) (collecting cases indicating that federal courts may take judicial notice of governmental websites, including court records); *Williams v. Long*, 585 F. Supp. 2d 679, 686-88 & n.4 (D. Md. 2008) (collecting cases indicating that postings on government websites are inherently authentic or self-authenticating).

2